UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| RIHAN SHINWARI,<br>Petitioner, | : <br> : <br> : <br> : <br> : | Civ. No. Civ. No. 3:26-cv-514 |
| v. | : <br> : <br> : | |
| MARKWAYNE MULLIN, Secretary,<br>U.S. Department of Homeland Security; | : <br> : <br> : | |
| TODD M. LYONS, Acting Director,<br>U.S. Immigration and Customs Enforcement; | : <br> : | APRIL 6, 2026 |
| FIELD OFFICE DIRECTOR, ICE Enforcement<br>and Removal Operations, Hartford Field Office | : <br> : <br> : | |
| TODD BLANCHE, Acting Attorney General<br>of the United States,<br>Respondents. | : <br> : <br> : <br> : | |

PLAINTIFF'S UNILATERAL STATUS REPORT

Counsel submits this unilateral status report to inform the Court that the petitioner Rihan Shinwari, has been reported as being at Plymouth County Correctional in Plymouth Massachusetts. Undersigned counsel has reached out to Attorney John Larson and had a brief conversation this evening at 5:51 p.m.

Based upon this conversation with Attorney Larson, it is believed that there may be a dispute as to when the petitioner left the State of Connecticut. Rather than make specific representations in this report, Counsel will separately file a declaration of Attorney Lauren Petersen, who has the time of her last conversation with the petitioner while he was in Hartford, Connecticut. The Court's docket reflects the time of filing. Moreover, Counsel for the petitioner intends to file an amended TRO asking that Mr. Shinwari be immediately returned to the State of Connecticut. We will also request that the Respondents be enjoined from any further transfers

unless order otherwise by the Court. We have agreed to confer further tomorrow morning before

9:00 a.m. and file an updated report.

Respectfully submitted,

*PETITIONER*
*RIHAN SHINWARI*

/s/ Glenn L. Formica

/s/ Steven R. Strom

Glenn L. Formica,
Fed Bar No. 21053
Formica, P.C.
195 Church Street, Floor 11
New Haven, Connecticut 06510
Telephone: (203) 787-1946
Facsimile: (203) 787-6766
gformica@formicalaw.com

Steven R. Strom, Fed Bar No. ct01211
The American Immigrant Law Clinic
195 Church Street, Floor 11
New Haven, Connecticut 06510
Tel: (203) 804-3683
Email: strom@snet.net
*Attorneys for Petitioner*
*Dated: April 6, 2026*

## CERTIFICATION

I hereby certify that on April 6, 2026, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/

_____
Attorney for Petitioner