# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RIHAN SHINWARI, | : | Civ. No. 3:26-cv-514 - (VDO) |
| *Petitioner,* | : | |
| | : | |
| v. | : | |
| | : | |
| MARKWAYNE MULLIN, Secretary, | : | |
| U.S. Department of Homeland Security; | : | |
| | : | |
| TODD M. LYONS, Acting Director, | : | |
| U.S. Immigration and Customs Enforcement; | : | |
| | : | APRIL 7, 2026 |
| FIELD OFFICE DIRECTOR, ICE Enforcement | : | |
| and Removal Operations, Hartford Field Office | : | |
| | : | |
| TODD BLANCHE, Acting Attorney General | : | |
| of the United States, | : | |
| *Respondents.* | : | |
| | : | |

## PETITIONER'S FIRST UPDATED STATUS REPORT

Petitioner respectfully files this updated status report to inform the Court that on April 7, 2026, U.S. Customs and Border Protection ("CBP") issued a corrected I-94, which they issued to Petitioner's Immigration Attorney, Attorney Lauren Petersen. See attached redacted copy. The corrected I-94 shows parole is authorized for Petitioner through October 7, 2026 ("Admit Until Date: 2026 October 07"). This update should replace the incorrect I-94 filed in support of the Motion for TRO and Preliminary Injunction. See ECF Doc. No. 3-5.

Despite that correction that parole is extended, and despite being a straight "A" honor student and being in compliance with all release conditions, on April 7, 2026, ICE revoked Petitioner's parole arbitrarily and capriciously, as Petitioner was served with a Notice of Revocation at Plymouth County Correctional Facility. Petitioner had done nothing to warrant parole revocation and was denied due process and an opportunity to be heard with regard to the revocation.

Respectfully submitted,

PETITIONER
RIHAN SHINWARI

*/s/ Glenn L. Formica*
Glenn L. Formica,
Fed Bar No. 21053
Formica, P.C.
195 Church Street, Floor 11
New Haven, Connecticut 06510
Telephone: (203) 787-1946
Facsimile: (203) 787-6766
gformica@formicalaw.com

*/s/Steven R. Strom*
Steven R. Strom, Fed Bar No. ct01211
The American Immigrant Law Clinic
195 Church Street, Floor 11
New Haven, Connecticut 06510
Tel: (203) 804-3683
Email: strom@snet.net

*Attorneys for Petitioner*

## CERTIFICATION

I hereby certify that on this date, April 7, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Steven R. Strom*
Steven R. Strom .
Fed Bar No. ct01211
*Attorney for Petitioner*



For: **RIHAN SHINWARI**

## U.S. Customs and Border Protection
### Securing America's Borders

## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94/I-95 Website and click on the tab for "Get Most Recent I-94/I-95" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94/I-95 printout matches the "Get Most Recent I-94/I-95" returned results for this applicant. Reference the CBP 94/I-95 Website FAQs.

**Admission I-94 Record Number:** ▮▮▮▮▮▮▮▮

**Arrival/Issued Date:** 2024 October 08

**Class of Admission:** PAR

**Admit Until Date:** 2026 October 07

**Details provided on the I-94 Information form:**

**Last/Surname:** SHINWARI

**First (Given) Name:** RIHAN

**Birth Date:** 2007▮▮▮▮▮

**Document Number:** ▮▮▮▮▮▮

**Country of Citizenship:** Afghanistan

---

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94/I-95. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ What to do if someone requests your admission info: If an employer, local, state or federal agency request admission information, present your admission (I-94/I-95) number along with any additional required documents requested by that employer or agency.

▶ For security, close your browser after retrieving your I-94/I-95 number.

▶ Nonimmigrant travelers departing the United States by land or private vessel can now use the CBP Link Mobile Application to report their departure. Please note that departure should only be reported after you have physically left the United States. If you departed by air or sea, your departure was likely recorded automatically.

OMB No. 1651-0111
Expiration Date: 04/30/2026