# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date __04/09/2026__

_____
**Rihan Shinwari**

Vs.

**Markwayne Mullin, et al.**
_____

Start Time **11:04** End Time **11:55**

Recess (if more than ½ hr) _____ to _____

Total Time **0** hour(s) _51_ minute(s)

Case # **3:26-cv-514 (VDO)**

Honorable Judge **Vernon D. Oliver**

Deputy Clerk **Nicola Kelsey**

Counsel for Pla(s) **Glenn Formica/Steven R. Strom**

Counsel for Dft(s) **John W. Larson**

Reporter/ECRO/Courtsmart **Julie Monette**

Interpreter _____ Language _____

Hearing held ☐ in person ☐ by video ☑ by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ◼ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

## MOTIONS

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES