**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| RIHAN SHINWARI<br><br>                    Petitioner,<br><br>          v.<br><br>MARKWAYNE MULLIN, U.S. Department of<br>Homeland Security (DHS), et al.,<br><br>                    Respondents. | Civil Action No. 3:26-cv-514-(VDO) |

**DECLARATION OF ACTING SUPERVISORY DETENTION AND DEPORTATION**

**OFFICER ANIKA BEAUMONT**

Pursuant to the authority of 28 U.S.C. § 1746, I, Anika Beaumont, Acting Supervisory Detention and Deportation Officer for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Hartford, Connecticut, declare as follows:

1. I am employed by the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), as an Acting Supervisory Detention and Deportation Officer ("(A)SDDO") located in Hartford, Connecticut. I have held this position since December of 2025, and I have been employed by ICE since March 2019.

2. As (A)SDDO, my official duties include overseeing the deportation officers responsible for processing detained noncitizens, and coordinating movements of noncitizens in ICE custody. This entails ensuring compliance with court orders, legal mandates, and applicable policies while coordinating with agency counsel and the Department of Justice to address litigation-related requirements. As part of my official duties, I am also responsible for

inputting the arrival and departure times for arrestees taken to the Hartford field office for processing. I am responsible for inputting this information into EARM and the Hartford Sub-Office Arrest Log ("Log").

3. I have experience utilizing ICE record systems to obtain information regarding specific aliens. ICE maintains electronic and paper records on noncitizens. These records are made in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events. In preparing this declaration, I have examined ICE official records, not limited to, but including the Enforce Alien Removal Module ("EARM"). EARM is an electronic database ordinarily relied upon to ascertain an alien's immigration history, current case status, and plans for removal, if any.

4. The ICE Field Office in Hartford, Connecticut, processes arrestees and is not a detention facility. There are no ICE detention facilities in Connecticut. As such, standard operating procedures for Connecticut arrestees require transferring arrestees to a detention facility outside of the district. When ICE transports arrestees, it uses either contractors or a transport team consisting of official ICE officers. When ICE uses a transport team, the typical practice is for the passenger officer to send a text message to my official ICE issued cellular phone upon crossing the Connecticut border, and upon arrival at the designated detention facility.

5. While preparing this declaration, I have examined the official records available to me regarding the immigration history and custody status of RIHAN SHINWARI ("Petitioner").

6. Petitioner last entered ICE custody on or about April 6, 2026. He was processed at the Hartford office and transported in accordance with standard operating procedures. Petitioner is currently detained at the Plymouth County Correctional Facility, in Plymouth, Massachusetts.

**IMMIGRATION HISTORY**

7. Petitioner is a citizen and national of Afghanistan. He is not a citizen of the United States.

8. On or about October 8, 2024, Petitioner arrived at the John F. Kennedy airport in New York and was paroled into the country by U.S. Customs and Border Protection (CBP) until October 7, 2026.

9. On April 6, 2026, ICE encountered and later arrested Petitioner. On or about the same date, ICE issued Petitioner a parole termination letter , and a Form I-862, Notice to Appear to place Petitioner in removal proceedings before the Executive Office for Immigration Review.

10. On April 6, 2026, at approximately 9:30 am EST, Petitioner arrived at the ICE sub-office in Hartford. I recorded this time in the Log. On or about the same date, ICE transported Petitioner to Plymouth County Correctional Facility in Massachusetts by vehicle. ICE used a two-person transport team consisting of deportation officers including Officer Jorge Cruz who was a passenger on the team.

11. On April 6, 2026, Petitioner departed the ICE office in Hartford at approximately 11:00 am EST . I recorded this time in the Log.

12. On April 6, 2026, I received a text message from Officer Cruz on my official ICE issued cellular phone informing me that the transport team crossed the Connecticut border, and entered Massachusetts, at approximately 11:49 am EST. I recorded the time in the Log.

13. On April 6, 2026, I received a text message from Officer Cruz on my official ICE issued cellular phone informing me that the transport team arrived at Plymouth County Correctional Facility at approximately 1:15 pm EST. I recorded the time in the Log.

14. On or about April 6, 2026, at approximately 12:44 pm EST, ICE received notice that Petitioner filed a petition for a writ of habeas corpus. On or about that same date, at approximately 10:35 pm, EST, ICE received notice of the district court's order preventing removal or transfer outside of the District of Connecticut.

15. Petitioner's transfer was conducted as part of standard ICE operations to advance the agency's mission, optimize bedspace management, and because there are no ICE detention facilities located within Connecticut.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this the 10th of April 2026.

ANIKA A BEAUMONT

Digitally signed by ANIKA A BEAUMONT
Date: 2026.04.10 13:39:56 -04'00'

ANIKA BEAUMONT, (A)SDDO
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts