| | |
|---|---|
| RIHAN SHINWARI<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, U.S. Department of Homeland Security (DHS), et al.,<br><br>Respondents. | Civil Action No. 3:26-cv-514-(VDO) |

**DECLARATION OF DETENTION AND DEPORTATION OFFICER JORGE CRUZ**

Pursuant to the authority of 28 U.S.C. § 1746, I, Jorge Cruz, Detention and Deportation Officer for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Hartford, Connecticut, declare as follows:

1. I am employed by the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), as a Deportation Officer located in Hartford, Connecticut. I have held this position since November of 2025, and I have been employed by ICE since November 2025.

2. As a Deportation Officer, my official duties include processing and transportation of detained noncitizens. This entails ensuring compliance with court orders, legal mandates, and applicable policies while coordinating with agency counsel.

3. I have experience utilizing ICE record systems to obtain information regarding specific noncitizens. ICE maintains electronic and paper records on noncitizens. These records are made in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events. In preparing this declaration, I have

1

examined ICE official records, not limited to, but including the Enforce Alien Removal Module ("EARM"). EARM is an electronic database ordinarily relied upon to ascertain an alien's immigration history, current case status, and plans for removal, if any.

4. While preparing this declaration, I have examined the official records available to me regarding the custody and transfer of RIHAN SHINWARI ("Petitioner").

5. On or about April 6, 2026, I was assigned to a two-person transport team tasked with transporting Petitioner from Hartford to the Plymouth County Correctional facility in Massachusetts. The team consisted of myself and Deportation Officer Fabio Rodrigues. I was the passenger. As the passenger, in accordance with a standard operating procedures, I used my official, ICE issued cellular phone to communicate with Acting Supervisory Detention and Deportation Officer ("(A)SDDO") Anika Beaumont.

6. In preparing this declaration I have also reviewed the Hartford Sub-Office Arrest Log ("Log"), such log reflects that on or about April 6, 2026, the transport team departed the ICE Field Office in Hartford, Connecticut with Petitioner at approximately 11:00 am EST.

7. On April 6, 2026, I sent a text message to (A)SDDO Beaumont using my ICE issued cellular phone informing her that the team had crossed the Connecticut border and entered Massachusetts at 11:49 am EST.

8. On April 6, 2026, I sent another text message to (A)SDDO Beaumont using my ICE issued cellular phone informing her that the team had arrived at Plymouth County Correctional Facility at approximately 1:15 pm EST.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this the 10th of April 2026.

JORGE A CRUZ

Digitally signed by JORGE A CRUZ
Date: 2026.04.10 13:56:42 -04'00'

JORGE CRUZ, DO
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts