# Monday, April 6, 2026

## Sub Office Arrest Log (Hartford, Manchester, Providence, Portland)

Please be advised that the following detainees must be delivered to: ICE/ERO for the below reasons.

| NAME | DOB | COC | A# | ARRESTING OFFICE | PROCCESING OFFICER | TIME IN/ARRIVAL | CROSSED STATE LINES | TIME OUT/DEPARTURE | MEDICAL | CITY | CLASS | FACILITY | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| Shinwari, Rihan Nmn | 5/3/2007 | Afghanistan | 231 663 496 | HAR | HAR Intake | 9:30am | 11:49>MA | 11:00am | | | | Plymouth | 1:15 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

## Transfers to Burlington

| A# | COC | FACILITY | TEAM DISPATCHED | ARRIVAL TIME | DEPARTURE TIM | RCA |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |