

👍

Approved.    11:23 AM

Please let me know when you cross state line    11:24 AM

Jorge Cruz

Now 1149    11:49 AM

Thanks    12:05 PM

iMessage