Yes, he said no

<    Cruz    MD EF JC FR

Lmk when he's    **4 People** ›   10:55 AM

Monday 1:16 PM



1:16 PM

Kevin   1:16 PM

Jorge Cruz

Arrived at Plymouth   1:16 PM

1315   1:17 PM

Thanks   1:17 PM

237 grand street, Waterbury   1:18 PM

We will use Wyatt   1:21 PM

+   Text Message · SMS 🎤

Is there a final order on that
guy? Asking for HSI   1:42 PM