

# Commonwealth of Massachusetts
## Plymouth County Correctional Facility
## Inmate Booking Record Pre-Trial
**2026/04/06  13:22**

**SHINWARI, RIHAN**

No Address on File

Detainers Outstanding:  NONE

Risk Types: 0

Aliases Used:

Previous Incarcerations:

| | |
|---|---|
| Booking # | D2601375 |
| Inmate ID | 92533 |
| DOB | ███ |
| AGE | 18 |
| SSN | ███ |
| SID | |
| PCF # | |
| DNA | |



**Commitment Info:  Pre-Trial**        **Admission Type: ICE - Detainee**

| Full Time Date: | | Jail Credits: | | Global Good Time Earned: | |
|---|---|---|---|---|---|
| Commited By: | I.C.E. Boston | | | Arrested By: | |
| Commit Date: | 04/06/2026 | Sentence Date: | | EOS: | |
| Docket: | A231663496 | Effective Date: | | PED: | |
| OBTN: | JPHC0D2601375 | SID: | | FBI: | |

| Docket | Offenses | Statute | Sentence Y 1/2 M D | Bail Type | Cash |
|---|---|---|---|---|---|
| A231663496 | IMMIGRATION HOLD | IMM | | | |

**Totals:**

## Personal Info

| Sex: | Male | Hair: | Black | Eyes: | Brown | Hgt: | 5'04" | Wgt: | 130 | Race: | Unknown | Ethnicity: | Other Not Us |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hair Length: | Medium | | Handed: | Right | | Build: | Thin | | Language: | OTHER | | | |
| Skin Ton: | Medium | Marital Sts: | Single | Children: | 0 | Religion: | Muslim | | Education: | 12 | | | |
| Military: | | Occu.: | NONE | | | POB: | nangrahar | | | | | | |
| Citizen: | Afghanistan | | | | | | | | | | | | |
| Scars, Marks, Tattoos: | | | | | | | | | | | | | |

## Family Info

*No family member information on file*            Phone:  *None on file*

## Important Persons

Unknown:  **PETERSON, LAUREN**            Phone:  **(212) 810-1991**

**Emergency Contact.**

| Booking Officer Signature | Date | Inmate Signature | Date |
|---|---|---|---|