**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RIHAN SHINWARI, | : | |
| *Petitioner*, | : | Civ. No. 3:26-cv-514 – (VDO) |
| | : | |
| v. | : | |
| | : | |
| MARKWAYNE MULLIN, Secretary, | : | |
| U.S. Department of Homeland Security; | : | |
| | : | |
| TODD M. LYONS, Acting Director, | : | |
| U.S. Immigration and Customs Enforcement; | : | APRIL 8, 2026 |
| | : | |
| FIELD OFFICE DIRECTOR, ICE Enforcement | : | |
| and Removal Operations, Hartford Field Office | : | |
| | : | |
| TODD BLANCHE, Acting Attorney General | : | |
| of the United States, | : | |
| *Respondents*. | : | |

**<u>MOTION TO SEAL</u>**

Pursuant to Local Rule 5(e)(3) of the Local Rules of the United States District Court for the District of Connecticut, and General Order CTAO-25-21, dated September 29, 2025, the Petitioner, respectfully requests leave of the Court to file under seal the documents listed in the Index of Exhibits. Petitioner moves to seal asylum based confidential and private information related to the noncitizen and immigration related documents. Pursuant to Local Rule 5(e)(4)(a). Counsel for the Respondents has copies of and provided the sealed unredacted documents.

Respectfully submitted,

**PETITIONER**
**RIHAN SHINWARI**

By his attorneys

/s/ Glenn L. Formica

Glenn L. Formica,
Fed Bar No. 21053
Formica, P.C.
195 Church Street, Floor 11
New Haven, Connecticut 06510
Telephone: (203) 787-1946
Facsimile: (203) 787-6766
gformica@formicalaw.com

/s/Steven R. Strom

Steven R. Strom, Fed Bar No. ct01211
The American Immigrant Law Clinic
195 Church Street, Floor 11
New Haven, Connecticut 06510
Tel: (203) 804-3683
Email: strom@snet.net

## CERTIFICATION

I hereby certify that on April 10, 2026, a copy of the foregoing motion to seal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/  Steven R. Strom
Steven R. Strom
Attorney for Petitioner, M.S.