UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RIHAN SHINWARI, | : | CIV. NO. 3:26-cv- 514 - (VDO) |
| *Petitioner*, | : | |
| v. | : | |
| | : | |
| MARKWAYNE MULLIN, Secretary, | : | |
| U.S. Department of Homeland Security; | : | |
| | : | |
| TODD M. LYONS, Acting Director, | : | |
| U.S. Immigration and Customs Enforcement; | : | |
| | : | APRIL 9, 2026 |
| FIELD OFFICE DIRECTOR, ICE Enforcement | : | |
| and Removal Operations, Hartford Field Office | : | |
| | : | |
| TODD BLANCHE, Acting Attorney General | : | |
| of the United States, | : | |
| *Respondents*. | : | |
| | : | |

PETITIONER'S UNILATERAL STATUS REPORT

Counsel for the petitioner submits that he has complied with the Court's order on briefing the issue of jurisdiction but unexpectedly had a large number of sensitive exhibits to file. Due to time constraints at the close of business today, counsel was not able to determine the extent of which exhibits required redaction or needed to be sealed altogether. Moreover, undersigned counsel was not able to confer with respondents' counsel on the documents. Rather than err in disclosing sensitive or confidential information, counsel filed all exhibits under seal. Should the Court delay in deciding the motion to seal, counsel will confer with opposing counsel before the close of business Monday, April 13, 2026, and submit a revised set of documents to be sealed.

1

Respectfully submitted,

PETITIONER

RIHAN SHINWARI

*/s/ Glenn L. Formica*
Glenn L. Formica,
Fed Bar No. 21053
The American Immigrant Law Clinic
195 Church Street, Floor 11
New Haven, Connecticut 06510
Telephone: (203) 787-1946
Facsimile: (203) 787-6766
gformica@formicalaw.com

*/s/Steven R. Strom*
Steven R. Strom, Fed Bar No. ct01211
The American Immigrant Law Clinic
195 Church Street, Floor 11
New Haven, Connecticut 06510
Tel: (203) 804-3683
Email: strom@snet.net

*Attorneys for Petitioner*

Dated: April 10, 2026

## CERTIFICATION

I hereby certify that on April 10, 2026, a copy of the foregoing   was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Glenn L. Formica*

Glenn L. Formica
Attorney for Petitioner