**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RIHAN SHINWARI, | : | CIV. NO. 3:26-cv- 514 - (VDO) |
| *Petitioner*, | : | |
| v. | : | |
| | : | |
| MARKWAYNE MULLIN, Secretary, | : | |
| U.S. Department of Homeland Security; | : | |
| | : | |
| TODD M. LYONS, Acting Director, | : | |
| U.S. Immigration and Customs Enforcement; | : | |
| | : | APRIL 10, 2026 |
| FIELD OFFICE DIRECTOR, ICE Enforcement | : | |
| and Removal Operations, Hartford Field Office | : | |
| | : | |
| TODD BLANCHE, Acting Attorney General | : | |
| of the United States, | : | |
| *Respondents*. | : | |

**PETITIONER'S NOTICE OF FILING OF DECLARATION OF ATTORNEY GEBAUER**

Petitioner respectfully gives Notice that the attached Declaration of Attorney Linda Gebauer is filed with her true signature to supplement the Declaration filed earlier this evening with a digital signature.

Respectfully submitted,

**PETITIONER**
**RIHAN SHINWARI**

By his attorneys

*/s/ Glenn L. Formica*
Glenn L. Formica,
Fed Bar No. 21053
The American Immigrant Law Clinic

195 Church Street, Floor 11
New Haven, Connecticut 06510
Telephone: (203) 787-1946
Facsimile: (203) 787-6766
gformica@formicalaw.com

*/s/Steven R. Strom*
Steven R. Strom, Fed Bar No. ct01211
The American Immigrant Law Clinic
195 Church Street, Floor 11
New Haven, Connecticut 06510
Tel: (203) 804-3683
Email: strom@snet.net

## CERTIFICATION

I hereby certify that on April 10, 2026, a copy of the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/  Steven R. Strom*
Steven R. Strom
Attorney for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RIHAN SHINWARI,                                          :

    *Petitioner,*                                   :

        v.                             : Case No. 3: 26-cv-514-(VDO)


                             :

MARKWAYNE MULLIN, Secretary,                             :
U.S. Department of Homeland Security;                    :

                             :

TODD M. LYONS, Acting Director,                          :
U.S. Immigration and Customs Enforcement;                :

                             : APRIL 10, 2026

FIELD OFFICE DIRECTOR, ICE Enforcement                  :
and Removal Operations, Hartford Field Office           :


                             :

TODD BLANCHE, Acting Attorney General                   :
    of the United States,                             :
                     *Respondents.*                 :

---

### DECLARATION OF ATTORNEY LINDA GEBAUER
### REPORT OF TESTIMONY OF RIHAN SHINWARI


    I, Linda Gebauer, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney licensed to practice law and Connecticut and assisted Attorney Glenn L. Formica during his interview of the Petitioner, Rihan Shinwari, in connection with his immigration and related federal court proceedings on Thursday, April 9, 2026, at the Plymouth County Correctional Institution in Plymouth, Massachusetts.

2.      This declaration is based on my observation of Mr. Shinwari's responses to certain questions by Attorney Glenn L. Formica, in which he described, in detail, the circumstances of his arrest, transport, and processing by Immigration and Customs Enforcement ("ICE"). The following paragraphs summarize, in substance, the testimony he provided during the interview.

3.      Mr. Shinwari testified that on Easter Monday morning, at approximately 8:05 a.m., he left his home with his uncle, Tariq, and his younger brother, Harris.

4.      He reported that earlier that morning, his brother had observed a car parked outside their house.

5.      According to Mr. Shinwari, at around 8:15 a.m., their vehicle was stopped on Cornwall Street, which he described as a main road approximately half a mile from their residence.

6.      He stated that the stop involved three or four cars, which activated a siren and positioned one car in front of their vehicle and two behind it.

7.      Mr. Shinwari testified that several officers, all wearing masks, emerged from those vehicles.

8. He explained that the officers identified themselves as ICE agents and that there were no

uniformed local police officers present at the scene of the stop.

9. According to his account, the agents stated that they were looking for his father, Ziaulhaq Shinwari, with the intent to detain him.

10. Mr. Shinwari told that his uncle informed the agents that his father was at home and that his father had been released on bond.

11. He reported that the officers then asked him for his identification.

12. Mr. Shinwari stated that he provided his name and date of birth.

13. He testified that, after checking their system, the officers claimed that his parole had expired in October 2025, even though he understood it to be valid for two years.

14. According to Mr. Shinwari, based on this claimed parole expiration, the officers ordered him to step out of the car.

15. He reported that he was then placed in metal handcuffs and seated in the front passenger seat of one of the ICE vehicles.

16. Mr. Shinwari testified that his uncle, Tariq, recorded his detention on Mr. Shinwari's phone.

17. He also stated that he observed a woman with black hair, who appeared to him to be Latino, recording the incident on her phone from a nearby Toyota Corolla.

18. According to Mr. Shinwari, the officers did not provide any paperwork—such as a warrant or court order—to either his uncle or to him at the time of the stop, even when they asked for such documentation.

19. He testified that at approximately 8:25 or 8:30 a.m., he arrived in the parking lot of the Cheshire Police Department on Highland Street.

20. Mr. Shinwari reported that, in that parking lot, ICE officers placed metal chains on his feet.

21. He stated that he observed other Cheshire police officers in the vicinity who witnessed these events but did not intervene.

22. According to his account, after approximately 10 to 15 minutes, he was transported from the Cheshire Police Department parking lot to the Hartford ICE office at 450 Main Street.

23. Mr. Shinwari testified that during the drive from the initial stop, a supervisor—whom he described as "the beard guy"—told him that his asylum case had been closed and contrasted his lack of legal status with his uncle's U.S. citizenship.

24. He reported that he arrived at the Hartford ICE office at 450 Main Street, Hartford, Connecticut, sometime between approximately 9:10 a.m. and 10:30 a.m.

25. According to Mr. Shinwari, upon arrival in Hartford, he was fingerprinted and photographed.

26. He testified that he was then interrogated by a team of four male ICE agents.

27. Mr. Shinwari reported that during this interrogation the officers repeatedly attempted to pressure him into signing a voluntary departure form, telling him that his "parole case is expired" and that he needed to complete paperwork.

28. He stated that he refused to sign any documents, telling the officers, "I don't have to sign anything. This is my case."

29. According to his testimony, the officers in Hartford never discussed the possibility of release on bond and did not ask him about his criminal history or immigration history.

30. Mr. Shinwari testified that after approximately 45 minutes in Hartford, he was transported to a detention facility, departing the ICE office at around 11:30 a.m.

31. He reported that he arrived at the detention facility at approximately 1:15 p.m., and that during the drive he observed the Google Maps display in the car, which initially projected an arrival time of 1:20 p.m.

32. Mr. Shinwari testified that he was not physically harmed during the course of his arrest and transport, although he was restrained with handcuffs and leg chains during significant

portions of this process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief as an accurate report of what my client, Rihan Shinwari, has testified about these events.

_____         4/10/26
Linda Gebauer                                     Date
Attorney for Petitioner Rihan Shinwari