# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RIHAN SHINWARI, | : | Case No. 3:26-cv-514(VDO) |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| MARKWAYNE MULLIN et al., | : | |
|     Respondents. | : | April 13, 2026 |

## RESPONDENTS' STATUS REPORT RE: ECF 21

Pursuant to the court's April 9, 2026 order (ECF 21), the respondents file this status report regarding the petitioner's detention pending adjudication of his habeas petition.[1] Because the petitioner was allowed entry into the United States on parole, and because his parole was revoked, he is subject to mandatory detention under 8 U.S.C. § 1225.

Respectfully submitted,

David X. Sullivan
United States Attorney

    /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T: (860) 947-1101
F: (860) 760-7979
john.larson@usdoj.gov

---

[1]This court has ordered the case transferred to the District of Massachusetts, but the transfer has not yet occurred. Therefore, the undersigned files this status report on behalf of the respondents.