**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**


**Rihan Shinwari**
       Petitioner

         CIVIL ACTION

     V.

         NO. **1:26-cv-11730-RGS**



**Mullin et al**
       Respondents



**ORDER OF DISMISSAL**


<u>Stearns, D. J.</u>


    In accordance with the Court's Order entered May 18, 2026 [Doc. No. 47] it is hereby <u>ORDERED</u> that the above-entitled action be and hereby is <u>DISMISSED.</u>



            By the Court,


<u>5/18/2026</u>                          <u>/s/ Jacqueline Martin</u>
   Date                                Deputy Clerk